**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

"APPROVED" THIS ____ DAY
of ____ , 20___.

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DORA NAVAS MEJIA | |
|     Plaintiff, | |
| v. | Case No. 8:20-cv-00263-PJM |
| QUICK STOP & DELI, LLC, et al. | |
|     Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action against all

Defendants *with prejudice*, Plaintiff to bear her own costs and attorney's fees.

Date: March 30, 2020

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #17567
DCWageLaw
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*